STATE OF NEW JERSEY, BY THE COMMISSIONER OF
TRANSPORTATION v. RIDER COLLEGE.

November 10, 1982.

Petition for certification denied.

MILTON N. LAPIDUS v. SALVATORE RAIMONDO.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LAMONT MATTHEWS.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW GORDON, SR.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW GORDON, SR.

November 10, 1982.

Cross-petition for certification denied.